(June 11, 1985)

■ In the Matter of MARION SPEARMAN, Petitioner, v D. BRUCE CREW, III, as Supreme Court Justice, et al., Respondents. — Motion to dismiss proceeding pursuant to CPLR article 78, for judgment in the nature of prohibition, granted. We conclude that the denial of the motion to dismiss the indictment is not subject to review at this time by way of collateral proceeding (*see, Matter of Masin v County Ct.,* 97 AD2d 643). In light of this decision, the motion for a stay is denied as academic. Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUNIR FALAQ, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of the Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe,* 87 AD2d 904). Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.